UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES,**

  Plaintiff,

v.	Case No.	20-CR-88

**JAMES PETERS, et al.,**

  Defendants.

---

**ORDER REOPENING DETENTION AND ORDERING RELEASE**

---

Defendant James Peters moves to reopen this court's detention order. At the detention hearing, the defendant was being held in custody pursuant to a Wisconsin probation hold. That probation hold has since been lifted. Accordingly, the defendant asks for this court's order of detention to be lifted. The government does not oppose the motion.

The motion is granted. The defendant is ordered released, subject to the following conditions:

    1. The defendant shall report to Pretrial Services as directed.

    2. The defendant is not to possess any firearms or other dangerous weapons.

    3. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

    4. The defendant is to participate in urinalysis and, if deemed appropriate by the Pretrial Services Officer, the defendant shall also participate in residential or outpatient drug treatment. The defendant shall pay the cost of this program as directed by Pretrial Services.

5. The defendant shall have no contact with co-defendants, witnesses or victims of the alleged instant offense.

6. The defendant shall participate in the Location Monitoring Program utilizing radio frequency (RF) monitoring and shall abide by all technology requirements. The defendant shall be restricted to his residence every day from 9:00 p.m. to 6:00 a.m., or as directed by the officer (Curfew). The defendant shall follow all program rules and pay all or part of the costs of participation in the Location Monitoring Program as directed by the officer.

**SO ORDERED** this 19th of November, 2020.

*/s/ Stephen C. Dries*
STEPHEN C. DRIES
United States Magistrate Judge